IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PARIS SINKFIELD,<br><br>　　Plaintiff,<br><br>vs.<br><br>THE NORTH HIGHLAND COMPANY, LLC,<br><br>　　Defendant. | Case No.:  1:17-cv-02902-SCJ |

## ORDER APPROVING SETTLEMENT AGREEMENTS AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq.*, based on Defendant's alleged failure to properly classify Plaintiff as overtime eligible under the law.  This matter is before the Court upon the Joint Motion for Approval of Settlement Agreements And For Order Of Dismissal With Prejudice ("Joint Motion") of the parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the parties' Joint Motion and the draft Settlement Agreement.  The Court is further aware of informal discovery and extensive

settlement negotiation efforts.  The Court is of the opinion that there is a *bona fide* dispute over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and specifically, the proper classification of Plaintiff as exempt from the overtime provisions under the FLSA.  In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreement reflects a fair and reasonable resolution of these *bona fide* disputes.  Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as to Plaintiff and Plaintiffs' counsel as described in the Settlement Agreement and ORDERS Defendant to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his, her or its own expenses and attorneys' fees as provided in the Settlement Agreement.

DONE and ORDERED this __27th__ day of ____February____, 2018.

_s/Steve C. Jones_____
HONORABLE STEVE C. JONES
United States District Judge